# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PARISH OF PLAQUEMINES,** | * | CIVIL ACTION NO. |
| | * | 2:18-CV-5265 |
| Plaintiff, | * | |
| | * | |
| | * | JUDGE JAY C. ZAINEY |
| **VERSUS** | * | |
| | * | MAGISTRATE JUDGE NORTH |
| **LLOG EXPLORATION AND** | * | |
| **PRODUCTION CO., ET AL.,** | * | |
| | * | |
| Defendants. | | |

## Defendants' Notice of Appeal

Notice is hereby given that Defendants Chevron U.S.A. Holdings Inc., The Texas Company, and ExxonMobil Corporation appeal to the United States Court of Appeals for the Fifth Circuit from this Court's February 15, 2023 Order (ECF No. 73) granting Plaintiff's and Intervenor-Plaintiffs' joint motion to remand to state court.

Dated: March 16, 2023

Respectfully submitted,

/s/ Alexandra White
Alexandra White (#29478)
lwhite@susmangodfrey.com
Eric J. Mayer (#14184)
emayer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Charles S. McCowan III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pamela.mascari@keanmiller.com

1

        **KEAN MILLER LLP**
        II City Plaza
        400 Convention St., Suite 700
        Post Office Box 3513 (70821)
        Baton Rouge, Louisiana 70802
        Telephone: (225) 387-0999
        Facsimile: (225) 388-9133

        -and-

        Michael R. Phillips (#21020)
        mike.phillips@keanmiller.com
        Claire E. Juneau (#33209)
        claire.juneau@keanmiller.com
        **KEAN MILLER LLP**
        909 Poydras, Suite 3600
        New Orleans, LA 70112
        Telephone: (504) 585-3050
        Facsimile: (504) 585-3951

        ***Attorneys for Chevron U.S.A. Holdings Inc., and The Texas Company***

        -and-

        /s/ Robert B. McNeal
        Robert B. McNeal (No. 14211)
        rbmcneal@liskow.com
        **LISKOW & LEWIS**
        Hancock Whitney Center
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana 70139-5099
        Telephone: (504) 581-7979
        Facsimile: (504) 556-4108

        Michael P. Cash (No. 31655)
        mcash@liskow.com
        **LISKOW & LEWIS**
        First City Tower
        1001 Fannin Street
        Houston, Texas 77002-6756
        Telephone: (713) 651-2900
        Facsimile: (713) 651-2908

Jamie D. Rhymes (No. 24621)
jdrhymes@liskow.com
**LISKOW & LEWIS**
1200 Camellia Blvd., Suite 300
Lafayette, LA 70508
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

-and-

Martin A. Stern (No. 17154)
martin.stern@arlaw.com
Glen M. Pilié (No. 1539)
glen.pilie@arlaw.com
Jeffrey E. Richardson (No. 23273)
jeffrey.richardson@arlaw.com
Alexandra G. Roselli (No. 37847)
alexandra.roselli@arlaw.com
**ADAMS AND REESE LLP**
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210

*Attorneys for Exxon Mobil Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Eric J. Mayer
Eric J. Mayer
